UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ARNULFO RENE GARCIA AGUILERA,<br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.<br><br>Respondents. | Case No. 26-cv-2412<br><br>**DECLARATION OF**<br>**DEPORTATION OFFICER**<br>**DMITRY ROUSSEAU** |

Pursuant to 28 U.S.C §1746, I, Dmitry Rousseau, hereby declare under penalty of perjury that the following is true and correct:

1.      I am a Deportation Officer with U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this capacity since December 2025. As a Deportation Officer, I identify and arrest aliens who are inadmissible or removable from the United States.  I have access to Department of Homeland Security ("DHS") records and databases regarding Petitioner, a Honduran national, assigned Alien Number 241 102 198, maintained in the ordinary course of business as a regular practice and prepared at or near the time by, or from information transmitted by, someone with knowledge.

2.      I submit this Declaration in support of Respondents' return to Petitioner's Habeas Petition.  The following representations are based on my review of DHS records for Petitioner, consultation with my colleagues, and my personal knowledge.

3.      Petitioner entered the United States on an unknown date at an unknown place.

4.      On February 28, 2026, Petitioner was arrested by the Nassau County Police Department and charged with Criminal Possession of Controlled Substances in the Seventh Degree in violation of New York Penal Law ("NYPL") 220.03. Charges are pending.

5.    On February 28, 2026, ICE was notified by the Nassau County Police Department that Petitioner was in their custody and they believed Petitioner was illegally present in the United States.  ICE commenced an investigation of the Petitioner and confirmed through database checks that Petitioner had no lawful status in the United States. Petitioner was arrested was arrested and detained by ICE pursuant to a Form I-200, Warrant for Arrest of Alien ("I-200"). Attached hereto as Exhibit A is a true and correct copy of the I-200. Petitioner was transferred to the Nassau County ICE Processing Center located at 100 Carmen Avenue, East Meadow, New York. A Form I-862 Notice to Appear ("NTA") was issued and served on Petitioner. Attached hereto as Exhibit B is a true and correct copy of the NTA. The NTA charged Petitioner under Immigration and Nationality Act ("INA") § 212(a)(6)(A)(i) as an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General of the United States of America. The initial master calendar hearing date was scheduled for March 11, 2026. *See* Exh. B, 1.

6.    That same day, Petitioner was transferred from the Nassau County ICE Processing Center to the NYC Hold Room located at 26 Federal Plaza, New York, NY.

7.    On March 3, 2026, Petitioner was transferred from the NYC Hold Room to Delaney Hall Detention Facility in Newark, New Jersey.

8.    On March 9, 2026, Petitioner was transferred from Delaney Hall Detention Facility to the Metropolitan Detention Center in Brooklyn, New York. Petitioner remains detained at the Metropolitan Detention Center.

9.    On March 2, 2026, the Executive Office of Immigration Review ("EOIR") rescheduled Petitioner's initial master calendar hearing date for March 6, 2026. EOIR cancelled the March 6, 2026 master calendar hearing

2

10.     On March 10, 2026, EOIR rescheduled Petitioner's initial master calendar hearing date for March 23, 2026.

11.     On March 12, 2026, EOIR rescheduled Petitioner's initial master calendar hearing date for March 13, 2026.

12.     On March 13, 2026, Petitioner appeared *pro se* before the New York Immigration Court located at 201 Varick Street, New York, New York. Matter was adjourned to March 27, 2026, at Petitioner's request to provide Petitioner time to obtain an attorney.

13.     On March 27, 2026, Petitioner appeared with his attorney, before the New York Immigration Court. Matter was adjourned to April 10, 2026, at the Petitioner's request for time to prepare.

14.     On April 10, 2026, Petitioner appeared with his attorney, before the New York Immigration Court. Matter was adjourned to April 24, 2026, at Petitioner's request for time to prepare.

15.     On April 22, 2026, Petitioner filed an application for relief from removal with EOIR.

Executed at New York, New York
This 24th day of April, 2026.

DMITRY A ROUSSEAU
Digitally signed by DMITRY A ROUSSEAU
Date: 2026.04.24 11:50:23 -04'00'

Dmitry Rousseau
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

3